**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**LUCKNER PIERRE,**

    **Plaintiff,**

**vs.**                                                            **Case No. 4:11cv228-MP/WCS**

**ERIC H. HOLDER, et al.,**

    **Defendants.**

_____/

## REPORT AND RECOMMENDATION

Respondents have filed a motion to dismiss the petition for writ of habeas corpus under § 2241, doc. 1, filed by the *pro se* Petitioner on May 19, 2011. Doc. 15. Petitioner had alleged that he entered the custody of I.C.E. on June 10, 2010, has been in continuous detention since that time, and his order of removal became final on December 15, 2010. Doc. 1. Petitioner is a native and citizen of French Guiana who claimed that Respondents would be unable to remove him. He sought release from detention pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 6-8.

Respondents assert in the motion to dismiss that Petitioner was "removed from the United States to French Guiana on June 13, 2011." Doc. 15. Thus, Respondents

contend this case no longer presents a case or controversy and it should be dismissed as moot. *Id.* Attached to the motion is an executed Form I-205, Warrant of Removal, which demonstrates that Petitioner's removal was witnessed on June 13, 2011, when Petitioner left the United States from the Charlotte, N.C. airport. Doc. 15-1.

Accordingly, this § 2241 petition is moot because the relief requested by Petitioner, release from detention, has been provided. Petitioner did not contest his removal from this country, and is no longer in custody by virtue of his removal.

In light of the assertion by Respondents, it is respectfully **RECOMMENDED** that the motion to dismiss, doc. 15, be **GRANTED**, and the § 2241 petition filed by Luckner Pierre be **DISMISSED as moot**.

**IN CHAMBERS** at Tallahassee, Florida, on August 1, 2011.

 s/    William C. Sherrill, Jr.
 **WILLIAM C. SHERRILL, JR.**
 **UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**