IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LUCKNER PIERRE,

    Petitioner,

v.                                              CASE NO. 4:11-cv-00228-MP-WCS

ERIC H HOLDER, MARC J MOORE, JANET NAPOLITANO, WARDEN,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 16, the Report and Recommendation of the Magistrate Judge, recommending that the habeas petition be dismissed as moot. Petitioner filed this habeas petition seeking release form ICE detention because it had taken too long to remove him. Petitioner has since been removed to French Guiana. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.    The Report and Recommendation of the Magistrate Judge is accepted and incorporated herein.

2.    The petition for habeas corpus is dismissed as moot, and the Clerk is directed to close this file.

**DONE AND ORDERED** this _21st_ day of October, 2011

                                        *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge